## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

### JUDGMENT FOR PAYMENT OF FEES
### PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

---

**RASHANONDA PERKINS,**
**O/B/O J.P.,**

        Plaintiff(s)　　　　CASE NUMBER:

  vs.

                            5:12cv73 (VEB)

**MICHAEL J. ASTRUE,**
*Commissioner of Social Security*,
        Defendant(s).

---

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, that plaintiff be awarded attorney fees and costs under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412) in the amount of seven thousand five hundred dollars ($7,500.00) in fees, in full satisfaction of any claim for fees, costs and other expenses pursuant to EAJA. If plaintiff does not owe a debt subject to offset, payable to plaintiff's attorney, Howard D. Olinksy, Esq.

    All of the above pursuant to the order of the Honorable Judge Bianchini, dated the 30th day of January, 2013.

DATED: January 30, 2013

*Lawrence K. Baerman*
Clerk of Court

                                        s/
                           Marie N. Marra, Deputy Clerk